OPINION — AG — **** MOBILE HOMES — AD VALOREM TAX — EXEMPTION **** TITLE 47 O.S. Supp. 1969, SECTION 22.5[47-22.5] [47-22.5](D) DOES NOT ALLOW A PERSON OWNING A MOBILE HOME AND UTILIZING IT AS A PERMANENT RESIDENCE TO CLAIM HOMESTEAD EXEMPTION ON IT FOR ADD VALOREM TAX PURPOSES WHEN SUCH PERSON DOES NOT OWN THE REAL ESTATE UPON WHICH THE MOBILE HOME IS PARKED. CITE: 68 O.S. 1969 Supp., 2407 [68-2407], OPINION NO. 63-190 MAX A. MARTIN